IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC WINSTON
ADC #105483                                                                                       PLAINTIFF

V.                                      NO: 5:08CV00174 BSM

MARSHAL GONDA *et al.*                                                                DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of August, 2008.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE